# Memorandum

United States Attorney's Office
Eastern District of California



| Subject: | *United States v. Daniel Chartraw*<br>Case No. 2:24-cr-0311 TLN | Date: | **February 20, 2025** |
|---|---|---|---|
| To: | **The Honorable Jeremy D. Peterson**<br>**United States Magistrate Judge** | From: | **Jessica Delaney**<br>**U.S. Attorney's Office**<br>**Eastern District of California**<br>**501 I Street, Ste 10-100**<br>**Sacramento, California 95814**<br>**Telephone: (916) 554-2700**<br>**Fax: (916) 554-2900** |

    The United States requests that the Court set the above-referenced matter for the Court's 2:00 p.m. calendar on March 12, 2025, for an in-district initial appearance and arraignment on the indictment filed on November 21, 2024.

    Mr. Chartraw was arrested and had his initial appearance on the indictment in the Southern District of California on December 19, 2024. He was released on conditions and the case was ordered transferred to the Eastern District, but no appearance date was set. The government has contacted Mr. Chartraw's retained defense counsel and the parties have agreed to this date for an arraignment.