## AMENDED SPECIAL CONDITIONS OF RELEASE

Re: Daniel Chartraw
No.: 2:24-CR-311-TLN
Date: March 12, 2025

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report to the Pretrial Services Agency in the Eastern District of California, located on the second floor of the Robert T. Matsui Federal Courthouse, following your hearing;

3. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must restrict your travel to the **Eastern District of California** (for court purposes only), the **Central District of California** (for consultation purposes only), and the **Southern District of California** unless otherwise approved in advance by the pretrial services officer;

5. You must not apply for or obtain a passport or any other travel documents during the pendency of this case;

6. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

7. You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

8. You must not associate or have any contact with any co-defendants in your case unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

9. You must report any contact with law enforcement to your pretrial services officer within **24 hours**;

10. You must not use or possess any narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

11. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer; and

12. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer. You must not tamper, obstruct, or attempt to tamper or obstruct the efficiency and accuracy of the drug screening/testing.