UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 12, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

DANIEL CHARTRAW,
Defendant.

CASE NUMBER: 2:24-cr-00311-TLN

**NOTICE TO DEFENDANT BEING RELEASED**

A. You are advised that you are being released pursuant to the "Bail Reform Act of 1984".

B. Conditions of Release
You are further advised that your release is subject to the following conditions:
1. That you shall appear on time at all proceedings as required and shall surrender for service of any sentence imposed as directed.
2. That you shall advise the court and you attorney prior to any change in address.
3. That you shall not commit any offense in violation of federal, state or local law while on release in this case.

C. Advice of Penalties and Sanctions
You are further advised that:
1. It is a criminal offense under Title 18 U.S.C. §3146, if, after having been released, the defendant knowingly fails to appear as required by the conditions of release or to surrender for the service of sentence pursuant to a court order. If the defendant was release in connection with a charge, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for -
   a. an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years or both;
   b. an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years or both;
   c. any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years or both; or
   d. a misdemeanor, the defendant shall be fined not more than $2,000 or imprisoned not more than one year, or both. If punishable by more than 6 months, the fine is not more than $100,000.
A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense.

2. <u>Conviction of an Offense Committed While on Release</u>
Conviction of an offense committed while on release carries the following sentences which are in addition to the sentence prescribed for the offense and which must be consecutive to any other sentence:
   a. Not more than 10 years if the offense is a felony.
   b. Not more than one year if the offense is a misdemeanor.
3. <u>Violation of Conditions of Release</u>
Violation of any condition of your release may also result in arrest by a law enforcement officer the immediate issuance of a warrant for your arrest, revocation of release, an order of detention, and a prosecution for contempt which could result in a possible term of imprisonment and/or a fine.
4. <u>Obstruction of Justice Crimes</u>
It is an additional crime to:
   a. Endeavor by force or threat to influence, intimidate or impede a juror, officer of the court, or the administration of justice (Title 18 U.S.C. §1503) Penalty: 5 years and/or $250,000.00
   b. Endeavor to obstruct, delay or prevent a criminal investigation (Title 18 U.S.C.§1510) Penalty: 5 years and/or $250,000.00.
   c. Tamper with a witness, victim or informant (Title 18 U.S.C. §1512) Penalty: 10 years and/or $250,000.00.
   d. Harass a witness, victim or informant (Title 18 U.S.C. §1512) Penalty: 1 year and/or $100,000.00
   e. Retaliate against a witness, victim or informant (Title 18 U.S.C. §1513) Penalty: 10 years and/or $250,000.00.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in the above-captioned case and that I am aware of and fully understand the above conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am also aware of and fully understand the penalties and sanctions set forth above for failure to appear, conviction of an offense committed while on release, violation of a condition of release, or any of the obstruction of justice crimes.

_____
DEFENDANT'S SIGNATURE