```
  BOPSO                   SENTENCE MONITORING
PAGE 001                 COMPUTATION DATA
                         AS OF 07-22-2016


REGNO..:  ███████   NAME: CHARTRAW, DANIEL


FBI NO..........:  ███████████       DATE OF BIRTH: ███████████   AGE: ██
ARS1............:  ███████████
UNIT............:                     QUARTERS.....:
DETAINERS.......:  ██                 NOTIFICATIONS: ██

HOME DETENTION ELIGIBILITY DATE: 02-02-2016

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  07-22-2016 VIA GCT REL


                RELEASE AUDIT COMPLETED ON 05-05-2015 BY DSCC
-----------------------PRIOR JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: CALIFORNIA, EASTERN DISTRICT
DOCKET NUMBER...................: 2:12CR00184-01
JUDGE...........................: ENGLAND, JR.
DATE SENTENCED/PROBATION IMPOSED: 08-29-2013
DATE COMMITTED..................: 10-16-2013
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


              FELONY ASSESS  MISDMNR ASSESS  FINES       COSTS
NON-COMMITTED.:  $100.00       $00.00        $00.00      $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO     AMOUNT:  $2,830,698.53

-------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  820    COMMUNICATIONS ACT

OFF/CHG: 18:1343 WIRE FRAUD

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   57 MONTHS
 TERM OF SUPERVISION............:   36 MONTHS
 DATE OF OFFENSE................: 11-22-2010




G0002      MORE PAGES TO FOLLOW . . .
```