Andrew R. Flier (SBN 137372)
Leonard B. Levine (SBN 50998)
Jeremy M. Babich (SBN 327798)
Levine, Flier and Flier, LLP
16133 Ventura Blvd., Suite 1140
Encino, CA 91436
Phone: 818-990-9500| Fax: 818-990-1303
Email: andrew@flierandflier.com

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL CHARTRAW,<br><br>Defendant | Case No.: 2:24-CR-311DC<br><br><br>**STIPULATION AND REQUEST TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

Defendant Daniel Chartraw, by and through counsel Andrew R. Flier, and the United States of America, by and through Assistant United States Attorney Jessica L. Delaney, hereby stipulate and agree as follows:

WHEREAS, Defendant is presently released on conditions imposed pursuant to 18 U.S.C. § 3142;

WHEREAS, Pretrial Services has requested certain modifications to Defendant's conditions of release regarding travel restrictions and the removal of an inapplicable psychiatric/substance abuse treatment condition;

1

WHEREAS, Defendant has remained compliant with all conditions of release imposed by the Court;

WHEREAS, the parties agree that the requested modifications will continue to reasonably assure Defendant's appearance as required and the safety of the community;

IT IS HEREBY STIPULATED AND AGREED between the Government and the Defense that the Court may modify Defendant Daniel Chartraw's conditions of pretrial release as follows:

1. Condition No. 4 is modified to read as follows:

   **Mr. Chartraw's travel is restricted to the Eastern District of California (For Court Purposes Only); The Central District (For Attorney Consultation Purposes only); and, to the Southern and Northern District of California unless otherwise approved in advance by the Pretrial Services Officer.**

2. Condition No. 11 be removed:

   **Psychiatric/substance abuse treatment is inapplicable, as Mr. Chartraw has no history of substance abuse or mental health conditions.**

3. All other terms and conditions of the Defendant's pretrial release previously ordered by the Court remain in full force and effect.

**IT IS SO STIPULATED.**

Dated:  May 8, 2026

ERIC GRANT
United States Attorney

By:  /s/ Jessica L. Delaney
JESSICA L. DELANEY
J. DOUGLAS HARMAN
Assistant United States Attorneys

Dated:  May 8, 2026

By:  /s/ Andrew R. Flier
ANDREW R. FLIER
Attorney for defendant
DANIEL CHARTRAW