IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

DANIEL CHARTRAW,

                    Defendant.

CASE NO.  2:24-CR-00311-WBS

GOVERNMENT'S EXHIBIT LIST
(At Time of Trial)

| EX. NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| **101** | Crypto-Pal an Automated Algorithmic Portfolio | CHARTRAW_PO_ 00004060 – 4069 | 6-10-26 | 6-10-26 |
| **102** | TDA Global Systems, LLC Articles of Organization | CHARTRAW_PO_ 00004616 – 4627 | 6-10-26 | 6-10-26 |
| 103 | NeoFlow Structure and Investment Plan | CHARTRAW_PO_ 00004546 – 4561 | | |
| 104 | NeoFlow Investing in the Digital World | CHARTRAW_PO_ 00003046 – 3066 | | |
| 105 | NeoFlow Banking and Security | CHARTRAW_PO_ 00003067 – 3070 | | |
| **106** | TDA Global Systems Website | CHARTRAW_PO_ 00003564 – 3565 | 6-10-26 | 6-10-26 |

1

| | | | | |
|---|---|---|---|---|
| 107 | TDA Global Client Welcome Packet | CHARTRAW_PO_ 00004438 – 4442 | | |
| 108 | Photo of Alison Vukich | CHARTRAW_PO_ 00005902 | 6-16-26 | 6-16-26 |
| 109 | Photo of Chad Collier | CHARTRAW_PO_ 00005904 | 6-11-26 | 6-11-26 |
| 110 | Photo of Samir Patel | CHARTRAW_PO_ 00005916 | 6-11-26 | 6-11-26 |
| 111 | Photo of Christian Morton | CHARTRAW_PO_ 00005906 | 6-16-26 | 6-16-26 |
| 112 | Photo of Jennifer Tate | CHARTRAW_PO_ 00005912 | 6-12-26 | 6-12-26 |
| 113 | Photo of Trisha Hamilton | CHARTRAW_PO_ 00005917 | | |
| 114 | Photo of Melissa Krzaczek | CHARTRAW_PO_ 00005914 | | |
| 115 | Photo of Jarnell Stokes | CHARTRAW_PO_ 00001159 | 6-16-26 | 6-16-26 |
| 116 | Photo of Kellee Koeppen | CHARTRAW_PO_ 00002261 | | |
| 117 | Photo of Louise Chartraw | CHARTRAW_PO_ 00006009 | 6-12-26 | 6-12-26 |
| 201 | Apr. 22, 2021 Email from Porscha to Chad, Sam, and Matt | CHARTRAW_PO_ 00003838 | 6-11-26 | 6-11-26 |
| 202 | May 7, 2021 Email from Sam to Porscha | CHARTRAW_PO_ 00003822 | | |
| 203 | Jun. 17, 2021 Email from Porscha to Chad, Sam, and Matt | CHARTRAW_PO_ 00003772 | | |
| 204 | Jul. 12, 2021 Emails from Chad and Sam to Chartraw | CHARTRAW_PO_ 00003771 | 6-11-26 | 6-11-26 |
| 205 | Jul. 17, 2021 Email from Chartraw to Alison | CHARTRAW_PO_ 00005400 | 6-10-26 | 6-10-26 |
| 205A | Jul. 17, 2021 Email Attachment | CHARTRAW_ 00000362 | 6-10-26 | 6-10-26 |
| 206 | Sept. 14, 2021 Email from Chartraw to Alison | CHARTRAW_PO_ 00003747 | | |
| 207 | Nov. 11, 2021 Emails Between Alison, "Dan Logistical Consultant," and "Le Chartraw" | CHARTRAW_PO_ 00003763 | | |
| 208 | Text Messages Between Alison, Owen, and Chartraw | CHARTRAW_PO_ 00003197 – 3198 | 6-10-26 | 6-10-26 |
| 209 | Text Messages Between Alison, Christian, and Chartraw | CHARTRAW_PO_ 00003254 – 3255 | 6-10-26 | 6-10-26 |
| 210 | Jun. 26, 2022 Email from Jarnell to Murphy and Chartraw | CHARTRAW_PO_ 00003621 | | |
| 211 | Oct. 14, 2022 Emails Between Jarnell and "Leon Chartraw" | CHARTRAW_PO_ 00003610 – 3611 | 6-16-26 | 6-16-26 |

2

| | | | | |
|---|---|---|---|---|
| 212 | Cell Phone Extraction | CHARTRAW_PO_00005302 | 6-16-26 | |
| 213 | May 24, 2021 Text Messages Between Christian and Chartraw | CHARTRAW_PO_00005302 pgs. 384-385 | | |
| 214 | June 8, 2021 Text Messages Between Christian and Chartraw | CHARTRAW_PO_00005302 Pg. 417 | | |
| 215 | June 28, 2021 Text Messages Between Christian and Chartraw | CHARTRAW_PO_00005302 Pg. 475 - 479 | | |
| **216** | Jul. 17, 2021 Text Messages Between Christian and Chartraw | CHARTRAW_PO_00005302 pgs. 546-547 | 6-16-26 | 6-16-26 |
| 217 | Jul. 27, 2021 Text Messages Between Christian and Chartraw | CHARTRAW_PO_00005302 pg. 576 | | |
| **218** | Nov. 23, 2021 Emails Between Alison, Owen, "Le Chartraw," and "Dan Logistical Consultant" | CHARTRAW_PO_00005412-5414 | 6-10-26 | 6-10-26 |
| **219** | Dec. 23, 2021 Email from Christian to Owen, Milenkovski, and Chartraw | CHARTRAW_PO_00003190-3191 | 6-12-26 | 6-12-26 |
| 220 | Nov. 2, 2021 Text Messages Between Owen and Chartraw | CHARTRAW_PO_00005302 Pg. 1119 – 1120 | | |
| 221 | Nov. 15, 2021 Text Messages Between Owen and Chartraw | CHARTRAW_PO_00005302 Pg. 1154 – 1159 | | |
| **222** | June 25, 2021 Text Messages Between Barragan and Chartraw | CHARTRAW_PO_00005302 Pg. 9 | 6-16-26 | 6-16-26 |
| 223 | June 27, 2021 Text Messages Between Barragan and Chartraw | CHARTRAW_PO_00005302 Pg. 67 – 69 | | |
| 301 | FOMO Investment Management Agreement | CHARTRAW_PO_00004113 – 4120 | | |
| **302** | Sam Convertible Note Purchase Agreement | CHARTRAW_PO_00003823 – 3830 | 6-11-26 | 6-11-26 |
| **303** | Sam Convertible Promissory Note | CHARTRAW_PO_00003831 – 3833 | 6-11-26 | 6-11-26 |
| **304** | Sam Crypto Pal $750,000 Obligation Term Sheet | CHARTRAW_PO_00003834 – 3837 | 6-11-26 | 6-11-26 |
| **305** | Chad Convertible Promissory Note | CHARTRAW_PO_00005066 – 5068 | 6-11-26 | 6-11-26 |
| **306** | Sam Letter of Notification: Crypto Pal Convertible Debt | CHARTRAW_PO_00003807 | 6-11-26 | 6-11-26 |

| 307 | Chad Letter of Notification: Crypto Pal Convertible Debt | CHARTRAW_PO_ 00003806 | 6-11-26 | 6-11-26 |
|---|---|---|---|---|
| 308 | Alison Crypto Currency Investment Agreement | CHARTRAW_PO_ 00003369 – 3373 | 6-10-26 | 6-10-26 |
| 309 | Alison 2nd Crypto Currency Investment Agreement | CHARTRAW_PO_ 00005152 – 5155 | 6-10-26 | 6-10-26 |
| 310 | Christian Crypto Currency Investment Agreement | CHARTRAW_PO_ 00005094 – 5096 | 6-11-26 | 6-11-26 |
| 311 | Jennifer Crypto Currency Investment Management Agreement | CHARTRAW_PO_ 00003037 – 3044 | 6-12-26 | 6-12-26 |
| 312 | Trisha Stock Purchase Agreement | CHARTRAW_PO_ 00003787 – 3795 | | |
| 313 | Jarnell Capital Enhancement Program Agreement | CHARTRAW_PO_ 00003599 – 3603 | 6-16-26 | 6-16-26 |
| 314 | Caleb Employment Agreement from Crypto-Pal | CHARTRAW_PO_ 00005135 – 5138 | 6-10-26 | 6-10-26 |
| 315 | Tom Employment Offer from "Leonard Chartraw" | CHARTRAW_PO_ 00005945 –5946 | 6-15-26 | 6-15-26 |
| 401 | Bank of America Statements: Crypto-Pal LLC 4/23/21–12/31/21 | CHARTRAW_PO_ 00000800 – 849 | 6-16-26 | 6-16-26 |
| 402 | Global Payments Reporting – US Wire | CHARTRAW_PO_ 00000666 | 6-16-26 | 6-16-26 |
| 403 | Sept. 17, 2021 Email from "L Chartraw" to Alison and Christian | CHARTRAW_PO_ 00003317 | 6-10-26 | 6-10-26 |
| 403A | Sept. 17, 2021 Email Attachment | CHARTRAW_PO_ 00005963 – 5968 | 6-10-26 | 6-10-26 |
| 404 | Oct. 26, 2021 Email from "TDA Global Systems, LLC" to Jennifer | CHARTRAW_PO_ 00003035 – 3036 | 6-12-26 | 6-12-26 |
| 405 | Oct. 27, 2021, 20:44 Bitcoin Transfer from Jennifer to "fWWm" | CHARTRAW_PO_ 00003399 | 6-12-26 | 6-12-26 |
| 406 | Oct. 27, 2021, 20:13 Bitcoin Transfer from Jennifer to "fWWm" | CHARTRAW_PO_ 00003400 | 6-12-26 | 6-12-26 |
| 407 | Nov. 3, 2021 Bitcoin Transfer from Jennifer to "fWWm" | CHARTRAW_PO_ 00003398 | 6-12-26 | 6-12-26 |
| 408 | Nov. 24, 2021, 18:56 Bitcoin Transfer from Jennifer to "Cpa6" | CHARTRAW_PO_ 00003382 | 6-12-26 | 6-12-26 |
| 409 | Nov. 24, 2021, 19:03 Bitcoin Transfer from Jennifer to "Cpa6" | CHARTRAW_PO_ 00003383 | 6-12-26 | 6-12-26 |
| 410 | Coinbase Records: Chartraw Crypto Wallet | CHARTRAW_PO_ 00000008 | | |
| 410A | Coinbase Records: Chartraw Crypto Wallet | CHARTRAW_PO_ 00000008 | 6-16-26 | 6-16-26 |
| 501 | Summary Chart – Crypto-Pal Line Graph | CHARTRAW_PO_ 00005546 | 6-16-26 | 6-16-26 |
| 502 | Summary Chart – Crypto-Pal Pivot Table **(with changes as noted on the record)** | CHARTRAW_PO_ 00005983 | 6-16-26 | 6-16-26 |

| | | | | |
|---|---|---|---|---|
| **502A** | Summary Chart – Crypto-Pal Pivot Table (Alison $44,000) **(with changes as noted on the record)** | CHARTRAW_PO_ 00005984 | 6-16-26 | 6-16-26 |
| 503 | Summary Chart – Fund Tracing | CHARTRAW_PO_ 00006005 | | |
| **503A** | Summary Chart – Fund Tracing Crypto-Pal | CHARTRAW_PO_ 00006008 | 6-16-26 | 6-16-26 |
| **503B** | Summary Chart – Fund Tracing Jennifer | CHARTRAW_PO_ 00006007 | 6-16-26 | 6-16-26 |
| **503C** | Summary Chart – Fund Tracing Jarnell | CHARTRAW_PO_ 00006006 | 6-17-26 | 6-17-26 |
| **504** | Bank of the West Statements: Chartraw 4/11/21 – 8/10/21 | CHARTRAW_PO_ 00001059 – 1088 | 6-16-26 | 6-16-26 |
| **505** | Microsoft Account "Le Chartraw" | CHARTRAW_PO_ 00002244 | 6-16-26 | 6-16-26 |
| **506** | Bank of America Account Signature Card: Crypto-Pal LLC | CHARTRAW_PO_ 00000671 – 0672 | 6-15-26 | 6-26-26 |
| 601 | Feb. 21, 2023 Interview with Alison | CHARTRAW_PO_ 00003121 – 3124 | | |
| 602 | July 31, 2023 Interview with Christian | CHARTRAW_PO_ 00000001 – 0003 | | |
| 603 | Oct. 24, 2022 Interview with Jennifer | CHARTRAW_PO_ 00003033 – 3034 | | |
| 604 | June 23, 2023 Interview with Jarnell | CHARTRAW_PO_ 00003453 – 3455 | | |
| 605 | Aug. 24, 2023 Interview with Porscha | CHARTRAW_PO_ 00003502 – 3505 | | |
| 606 | Sept. 10, 2024 Email from Matt to Owen | CHARTRAW_PO_ 00003805 | | |
| 607 | April 5, 2021 Email from Porscha to Sam, Chad, Matt, Owen, and "Dan Logistical Consultant" | CHARTRAW_PO_ 00003918 | | |
| 701 | Factual Basis for Plea | CHARTRAW_PO_ 00005451 – 5452 | | |
| 702 | Certified Judgement and Conviction | CHARTRAW_PO_ 00005431 – 5432 | | |
| 703 | December 18, 2021 Emails Between Owen and "Le Chartraw" | CHARTRAW_PO_ 00003760 | | |
| 704 | Text Messages Between Barragan and Chartraw | CHARTRAW_PO_ 00005302 pgs. 4 – 135 | | |
| 705 | Draft "Crypto-Pal Jarnel – TDA Involvement" | CHARTRAW_PO_ 00005302 | | |