IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                        Plaintiff,

            v.

DANIEL CHARTRAW,

                        Defendant.

CASE NO.  2:24-CR-00311-WBS

GOVERNMENT'S WITNESS LIST
(At Time of Trial)

1.  Robert Amenta

2.  Bruce Beckley

**3.  Chad Ashley Collier:  6-11-26**

4.  Trisha Hamilton

**5.  Thomas James Harlan:  6-15-26**

**6.  Rosemary Hennessy:  6-15-26**

**7.  Alison Elaine Hitz (Vukich):  6-10-26**

**8.  Matthew (Matt) Houston:  6-11-26**

9.  Kellee Koeppen

10. Tanya Konrad

11. Melissa Krzaczek

**12. Aleksandr Legkiy:  6-16-26; 6-17-26**

**13. Caleb Moretti:  6-10-26**

1

**14. Christian C. Morton, Jr.:  6-11-26**

**15. Samir Patel:  6-11-26**

16. Nicholas Phirippidis

**17. Clayton Porscha: 6-12-26; 6-15-26**

**18. Jarnell Stokes:  6-16-26**

**19. Jennifer Rose Tate:  6-12-26; 6-15-26**

**20. Christifer Tomoson:  6-16-26**

21. Coinbase - Custodian

22. Google - Custodian