UNITED STATES OF AMERICA,                          CASE NO. 2:24CR000311-01 WBS

            Plaintiff,                          Schedule for Disclosure of Pre-Sentence
                                                 Report and for Filing of Objections to the Pre-
vs                                                 Sentence Report Pre-Sentence Report [See
                                                 Local Rule 460 (Fed. R. Crim. P. 32)]

**DANIEL CHARTRAW**,

            Defendant.


The Probation Officer and all parties shall adhere to this schedule
unless it is later modified by this Court.


Date of Referral to Probation Officer:               06-18-2026
                                                 (Date of Plea or Verdict)


**Judgment and Sentencing Date:**

                                           **09-28-2026 at 10:00 a.m.**
                                          (At least **11 weeks** after plea)


Reply or Statement                                09-21-2026
                                          (1 week before sentencing)


Motion for Correction of the Pre-Sentence Report       09-14-2026
-Shall be Filed with the Court and Served on the      (2 weeks before sentencing)
Probation Officer and Opposing Counsel no
Later Than:

The Pre-Sentence Report Shall be Filed with the      09-08-2026
Court and Disclosed to Counsel no Later Than:      (3 weeks before sentencing)

Counsel's Written Objections to the Pre-Sentence     08-31-2026
Report Shall be Delivered to the Probation        (4 weeks before sentencing)
Officer and Opposing Counsel no Later Than:

The Proposed Pre-Sentence Report Shall be        08-17-2026
Disclosed to Counsel no Later Than:              (6 weeks before sentencing)


COPIES OF THIS SCHEDULE SENT VIA CM/ECF TO:

(x)     AUSA
(x)     Defense Counsel
(x)     USPO

Dated:  June 18, 2026                  By: K. Kirksey Smith
                                               Courtroom Deputy